IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>MOSAIC UNITED, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 12-80012 CW<br><br>ORDER REFERRING DEFENDANTS' APPLICATION FOR ORDER TO SHOW CAUSE TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72-1, Defendants' Application for Order to Show Cause originally filed before this Court is hereby referred to a United States Magistrate Judge, for proposed findings of fact and recommendations for disposition.  The Magistrate Judge shall conduct proceedings authorized by 28 U.S.C. § 636(b)(1)(B) that appear necessary to formulate the proposed disposition, at the convenience of his/her calendar.  Counsel will be advised of the date, time and place of such proceedings by notice from the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated: 1/25/2012

_____
CLAUDIA WILKEN
United States District Judge

cc: MagRef