IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOSAIC UNITED, INC., a Nevada corporation; GEORGE MICHAEL FARLEY, a.k.a. George Farley, a.k.a. Michael Farley, an individual; DAWN ANTCZAK, and individual; RASHEED VINSON, an individual; ERIK JACOBSON, an individual; RICKY SCOTT, an individual; MICHAEL BOLDIN, an individual; and John Does 1-10,<br><br>Defendants. | Case No.: No. 12-80012 CW (JSC)<br><br>**ORDER TO SHOW CAUSE RE: CONTEMPT FOR FAILURE TO OBEY SUBPOENA FOR PRODUCTION OF DOCUMENTS (Dkt. No. 1)** |

Defendants' Motion for an Order to Show Cause as to why third party Synnex Corporation ("Synnex") should not be held in contempt for failure to comply with Defendants' subpoena for production of documents pursuant to Rule 45(e) of the Federal Rules of Civil Procedure has been referred to the undersigned Judge for a Report and Recommendation.

Third party Synnex is hereby ordered to show cause why it should not be held in contempt at a hearing on March 8, 2012 at 9:00 a.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Defendants shall serve this Order and the Application for an Order to Show Cause on Synnex within three days and shall file proof of service with this Court.  Synnex shall file a response to this Order by February 16, 2012 and Defendants may file a reply by February 23, 2012.

**IT IS SO ORDERED.**

Dated:  January 30, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE